**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application DENIED. To the extent that Defendant believes that there is a motion to be filed based on any new discovery, the parties should confer and file a letter motion proposing a briefing schedule for any such motion. But otherwise, there is no need to adjourn the pretrial conference (at which the Court will set a trial date) or the existing motion schedule. The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

9/9/26

**Re: *United States v. Ambrose Inman*, S1 26 Cr. 243 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter requesting that the Court adjourn the status conference currently scheduled for October 13, 2026, for approximately 60 days. The Government anticipates making an additional discovery production this week, and the parties have been actively engaged in discussing a pretrial resolution to this matter. The adjournment will allow the parties to continue that process.

The parties last appeared before the Court on June 15, 2026, for arraignment and an initial pretrial conference at which the Court set the following motions schedule: Rule 12 motions due by September 17, 2026; opposition due by October 1, 2026; and reply due by October 8, 2026. The Government also requests that the Court extend these deadlines by 60 days.

This is the first adjournment request, and defendant Ambrose Inman consents to this request and to the exclusion of time through the date of the next conference.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Ariel Werner, Esq. (counsel for Ambrose Inman) by ECF